UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA ROSE EVANS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. CAROLYN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C12-1773-TSZ<br><br>**ORDER AFFIRMING THE COMMISSIONER** |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support of and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

   (1)   The Court adopts the Report and Recommendation, docket no. 17.

   (2)   The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

   (3)   The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of October, 2013.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER AFFIRMING THE COMMISSIONER - 1